UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Duran Jeffrey Ward**    **Docket No. 7:09-CR-32-1BO**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Duran Jeffrey Ward, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 24, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On October 5, 2016, an Amended Judgment was entered based upon a Direct Motion to the District Court Pursuant to 28 U.S.C. § 2255, which resulted in a sentence of Time Served, to be followed by supervised release for 3 years. Duran Jeffrey Ward was released from custody on October 5, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 31, 2017, Ward provided a urine sample that was submitted for laboratory analysis. At the time of the test, the defendant acknowledged the use of marijuana and cocaine. On February 7, 2017, laboratory analysis confirmed positive results for marijuana. Ward has agreed to report for a substance abuse evaluation and participate in any recommended treatment. With the exception of this incident, the defendant has made a favorable adjustment to supervision. Accordingly, it is recommended that supervision be continued to include a modification for participation in substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: March 15, 2017 |

Duran Jeffrey Ward
Docket No. 7:09-CR-32-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge