UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Duran Jeffrey Ward**  Docket No. 7:09-CR-32-1BO

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Duran Jeffrey Ward, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 24, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On October 5, 2016, an Amended Judgment was entered based upon a Direct Motion to the District Court Pursuant to 28 U.S.C. § 2255, which resulted in a sentence of Time Served, to be followed by supervised release for 3 years. Duran Jeffrey Ward was released from custody on October 5, 2016, at which time the term of supervised release commenced.

On March 15, 2017, a Petition for Action on Supervised Release was filed with the court advising that the defendant tested positive for marijuana on January 31, 2017. On March 22, 2017, the court modified the conditions of supervision to have Ward participate in a drug treatment program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 17, 2017, during a home visit, Ward acknowledged to the probation officer he used marijuana and cocaine on April 16, 2017. A urine sample was provided by the defendant on the same day, which yielded positive results for marijuana and cocaine. Ward signed an admission statement that he used the prohibited substances. As a sanction for his actions, confinement of 2 days in the custody of the Bureau of Prisons is recommended, as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Duran Jeffrey Ward
Docket No. 7:09-CR-32-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: May 18, 2017

## ORDER OF THE COURT

Considered and ordered this **19** day of **May**, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge